IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)      :

                                   :     87-3428

This Document Relates To:          :     CIVIL ACTION NO.  MDL 875
<u>Southern Textile Corp.</u>
Bankrupt Defendant                       FILED ____ ENTERED ____
                                         LODGED ____ RECEIVED ____
        AC-MD1                     :
                                         JUL 17 2000
   ALL ACTIONS                     :
(See attached schedule                   AT BALTIMORE
   for case list)                  :     CLERK U.S. DISTRICT COURT
                                                              DEPUTY
                                         BY

### <u>O R D E R   O F   D I S M I S S A L</u>

DEFENDANT, Southern Textile Corp., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

                                         BY THE COURT


Date: 7/13/00                            _____
                                         Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 07/13/00
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIG    N - Individual Involvement Summary                                April 14, 20

Page: 1

Party Southern Textile Corp. is named in the following 123 action(s).

---

| | | | | | |
|---|---|---|---|---|---|
| 875-DC-1-89-1631; | 875-DC-1-89-1632; | 875-DC-1-90-1127; | 875-DC-1-90-1443; | 875-DC-1-90-2718; | 875-DC-1-90-3062; |
| 875-MA-1-80-1186; | 875-MA-1-81-14; | 875-MA-1-81-218; | 875-MA-1-81-345; | 875-MA-1-81-1925; | 875-MA-1-81-3135; |
| 875-MA-1-81-3156; | 875-MA-1-81-3262; | 875-MA-1-82-72; | 875-MA-1-82-74; | 875-MA-1-82-220; | 875-MA-1-82-698; |
| 875-MA-1-82-876; | 875-MA-1-82-1227; | 875-MA-1-82-1311; | 875-MA-1-82-1313; | 875-MA-1-82-1314; | 875-MA-1-82-1485; |
| 875-MA-1-82-1486; | 875-MA-1-82-1487; | 875-MA-1-82-1488; | 875-MA-1-82-1583; | 875-MA-1-82-1584; | 875-MA-1-82-1941; |
| 875-MA-1-82-2036; | 875-MA-1-82-2038; | 875-MA-1-82-2977; | 875-MA-1-82-3504; | 875-MA-1-82-4033; | 875-MA-1-82-4034; |
| 875-MA-1-82-4035; | 875-MA-1-82-4036; | 875-MA-1-82-4038; | 875-MA-1-82-4040; | 875-MA-1-83-1507; | 875-MA-1-83-1925; |
| 875-MA-1-83-3234; | 875-MA-1-83-3653; | 875-MA-1-84-811; | 875-MA-1-84-1495; | 875-MA-1-84-2058; | 875-MA-1-84-2395; |
| 875-MA-1-84-2422; | 875-MA-1-84-2990; | 875-MA-1-84-3686; | 875-MA-1-85-170; | 875-MA-1-85-2041; | 875-MA-1-85-2382; |
| 875-MA-1-85-2545; | 875-MA-1-86-530; | 875-MA-1-89-1753; | 875-MA-1-90-11032; | 875-MA-1-90-11656; | 875-MA-1-90-11913; |
| 875-MA-1-90-12039; | 875-MA-1-90-12206; | 875-MA-1-94-10283; | 875-MA-1-94-11427; | 875-MD-1-86-2117; | 875-MD-1-86-2118; |
| 875-MD-1-86-2120; | 875-MD-1-86-2121; | 875-MD-1-86-2123; | 875-MD-1-86-2325; | 875-MD-1-86-2327; | 875-MD-1-86-2785; |
| 875-MD-1-86-3036; | 875-MD-1-86-3201; | 875-MD-1-86-3202; | 875-MD-1-87-494; | 875-MD-1-87-1531; | 875-MD-1-87-1532; |
| 875-MD-1-87-1533; | 875-MD-1-87-1534; | 875-MD-1-87-1536; | 875-MD-1-87-1539; | 875-MD-1-87-1685; | 875-MD-1-87-1686; |
| 875-MD-1-87-2965; | 875-MD-1-87-2981; | 875-MD-1-87-2982; | 875-MD-1-87-2983; | 875-MD-1-87-2984; | 875-MD-1-87-2985; |
| 875-MD-1-87-2987; | 875-MD-1-87-3074; | 875-MD-1-87-3075; | 875-MD-1-87-3411; | 875-MD-1-87-3413; | 875-MD-1-87-3414; |
| 875-MD-1-87-3415; | 875-MD-1-87-3416; | 875-MD-1-87-3417; | 875-MD-1-87-3418; | 875-MD-1-87-3419; | 875-MD-1-87-3420; |
| 875-MD-1-87-3427; | 875-MD-1-87-3428; | 875-MD-1-87-3429; | 875-ME-1-87-21; | 875-ME-1-87-94; | 875-ME-1-90-308; |
| 875-ME-1-90-333; | 875-ME-1-90-334; | 875-ME-1-91-20; | 875-ME-2-90-244; | 875-NYE-1-87-184; | 875-NYE-1-87-286; |
| 875-NYE-1-87-710; | 875-NYE-1-87-1137; | 875-NYE-1-87-1706; | 875-NYS-1-89-5579; | 875-NYS-1-96-5445; | 875-OHN-1-90-10694; |
| 875-PAE-2-90-3401; | 875-PAE-2-90-4015; | 875-WAE-2-90-441 | | | |

---

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.